**Theodore E. POWELL, Petitioner**

v.

**WASHINGTON TEACHERS UNION, et al., Respondents.**

**Civil Action No. 13–1478**

United States District Court, District of Columbia.

September 26, 2013

Theodore E. Powell, Highland Springs, VA, pro se.

## *MEMORANDUM OPINION*

BERYL A. HOWELL, United States District Judge

This matter is before the Court on the petitioner's application to proceed *in forma pauperis* and his *pro se* petition for a writ of mandamus. The petitioner is a former employee of the District of Columbia Public Schools who was terminated on November 30, 2010. *See* Pet. ¶¶ 1, 40. Among other relief, the petitioner seeks a writ of mandamus directing respondents "to reinstate [him] as a teacher at the District of Columbia Public Schools ... at a salary of ... $82,600.00 for ... school years 2010, 11, 12, 13 or in the alternative directing them ... to draw a warrant on the education fund in the [amount] of $334,000.00 payable to the order of petitioner." *Id.* at 13 (emphasis removed).

The extraordinary writ of mandamus is available to compel an *"officer or employee of the United States or any agency thereof* to perform a duty owed to plaintiff," 28 U.S.C. § 1361 (emphasis added), and the Court therefore cannot compel either the Washington Teachers Union or the Chancellor of the District of Columbia Public Schools to provide the relief petitioner demands. *See Powell v. Gray,* No. 12–0902, 2013 WL 3155367, at *1 (D.D.C. June 14, 2013). The petition for a writ of mandamus will be dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting). An Order accompanies this Memorandum Opinion.